AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>FERGUSON, KATHRYN C. | 2. Court or Organization<br><br>UNITED STATES BANKRUPTCY COURT | 3. Date of Report<br><br>06/06/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>UNITED STATES BANKRUPTCY COURT JUDGE - FULL TIME | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

| 7. Chambers or Office Address<br><br>CLARKSON S. FISHER FEDERAL BUILDING<br>402 EAST STATE STREET<br>TRENTON, NJ 08608 |
|---|
| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FERGUSON, KATHRYN C. | 06/06/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/2016 | self-employed contractor |
| 2. | 06/01/16 | SOLD REAL ESTATE |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NATIONAL CONFERENCE OF BANKRUPTCY JUDGES | March 14, 2016 & March 15, 2016 | Fort Worth, TX | JUDGES' ASSOCIATION MID YEAR MEETING | TRANSPORTATION, LODGING |
| 2. | NATIONAL CONFERENCE OF BANKRUPTCY JUDGES | October 25, 2016 & October 29, 2016 | San Francisco, California | JUDGES ASSOCIATION MID YEAR MEETING | TRANSPORTATION, LODGING |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. US Savings Bonds | A | Interest | J | T | | | | | |
| 2. BMO INTERMEDIATE TAX FREE FUND CLASS Y (MITFX) | A | Dividend | J | T | Sold (part) | 07/06/16 | J | A | |
| 3. DELAWARE TAX FREE USA INTERMEDIATE FUND CLASS A (DMUSX) | A | Dividend | J | T | Sold (part) | 07/06/16 | J | A | |
| 4. DODGE & COX STOCK FUND (DODGX) | A | Dividend | J | T | Sold (part) | 07/06/16 | J | A | |
| 5. EATON VANCE FLOATING RATE FUND (EABLX) | A | Dividend | J | T | Sold (part) | 07/06/16 | J | A | |
| 6. EUROPACIFIC GROWTH FUND CLASS F-1 (AEGFX) | A | Dividend | J | T | Sold (part) | 07/06/16 | J | A | |
| 7. GOLDMAN SACHS SHORT DURATION TAX FREE FUND CLASS A (GSDTX) | A | Dividend | J | T | Sold (part) | 07/06/16 | J | A | |
| 8. JP MORGAN SHORT - INTERMEDIATE MUNI BOND FUND CLASS A (OSTAX) | A | Dividend | J | T | Sold (part) | 07/06/16 | J | A | |
| 9. WESTERN ASSET NEW JERSEY MUNI FUND CLASS A (SHNJX) | A | Dividend | J | T | | | | | |
| 10. T ROWE PRICE GROWTH STOCK (PRGFX) | A | Dividend | J | T | Sold (part) | 07/06/16 | J | A | |
| 11. T ROWE PRICE EMERGING MARKETS BOND FUND (PREMX) | A | Dividend | J | T | Sold (part) | 07/06/16 | J | A | |
| 12. VANGUARD SPECIALIZED PORTFOLIOS DIVIDEND (VIG) APPRECIATION INDEX | A | Dividend | J | T | Sold (part) | 07/06/16 | J | A | |
| 13. VANGUARD INTERNATIONAL EQUITY INDEX FDS FTSE (VWO) | A | Dividend | J | T | | | | | |
| 14. VANGUARD SHORT TERM TAX EXEMPT BOND FUND (VWSTX) | A | Dividend | J | T | | | | | |
| 15. VANGUARD INTERMEDIATE TERM TAX EXEMPT FUND INVESTOR CLASS (VWITX) | A | Dividend | J | T | Sold (part) | 07/06/16 | J | A | |
| 16. VANGUARD 500 INDEX FUND INVESTOR SHARES (VFINX) | A | Dividend | J | T | Sold (part) | 07/06/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FERGUSON, KATHRYN C. | 06/06/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. VANGUARD INDEX FDS VANGUARD MID-CAP ETF (VO) | A | Dividend | J | T | | | | | |
| 18. VANGUARD INDEX FDS VANGUARD SMALL-CAP ETF (VB) | A | Dividend | J | T | | | | | |
| 19. AXA Equi-VEST Variable Annuity Series Fixed Income X | A | Interest | K | T | | | | | |
| 20. Wells Fargo Checking Account X | A | Interest | J | T | | | | | |
| 21. Wells Fargo Savings Account X | A | Interest | K | T | | | | | |
| 22. Santander Bank Checking Account X | A | Interest | J | T | | | | | |
| 23. Santander Money Market Account X | A | Interest | O | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FERGUSON, KATHRYN C. | 06/06/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III-B. Non-Investment Income: On June 1, 2016, Spouse sold one parcel of real estate, which resulted in proceeds in excess of $500,000.00. The majority of these proceeds were held in the Santander Money Market account listed in Part VII, Line 23.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ KATHRYN C. FERGUSON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544